Newco Capital Group VI LLC v Hope Hospice Care, Inc. (2023 NY Slip Op 06704)

Newco Capital Group VI LLC v Hope Hospice Care, Inc.

2023 NY Slip Op 06704

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

1062 CA 23-00746

[*1]NEWCO CAPITAL GROUP VI LLC, PLAINTIFF-APPELLANT,
v
HOPE HOSPICE CARE, INC., DOING BUSINESS AS HOPE HOSPICE CARE, HOPE HOSPICE CARE, INC., HOPE CARE, 24HOUR HOME CAREGIVING, LLC, C.C.P.A., BEACH VIEW POST-ACUTE & REHAB, LLC, BEVERLY HILLS GLOBAL SPA, IMMANUEL HOSPICE, INC., TLC HOMECARE, INC., MANUEL . GALLEGO NURSING ALUMNI ASSOCIATION OF THE USA, ROYALTY GLOBAL MEDSPA, GL JIMINEZ LLC, SKINR4 LLC, ORANGE COAST HOSPICE, INC., AND GEOFFREY LAPUZ JIMINEZ, DEFENDANTS-RESPONDENTS. 

HODGSON RUSS LLP, BUFFALO (JAMES J. ZAWODZINSKI, JR., OF COUNSEL), AND BERKOVITCH & BOUSKILA, PLLC, PONOMA, FOR PLAINTIFF-APPELLANT. 
LAW OFFICE OF DOMINICK R. DALE, FOREST HILLS, POLLACK, POLLACK, ISAAC & DECICCO, LLP, NEW YORK CITY (BRIAN J. ISAAC OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Ontario County (Brian D. Dennis, A.J.), entered January 20, 2023. The order, inter alia, transferred the action from Ontario County to New York County. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 6, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court